UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-61440-CIV-MORENO

CURIE ENTERPRISES, INC.,

    Plaintiff,

vs.

NEWMARK HOMES, L.P.,

    Defendant.
_____/

## ORDER DENYING MOTIONS TO WITHDRAW REFERENCE IN PART

THIS CAUSE came before the Court upon Spirit Sand & Clay, L.P.'s Motion to Withdraw Reference, (D.E. No. 1), filed on **August 10, 2010**, and Curie Enterprises, Inc.'s Motion to Withdraw Reference (D.E. No. 2), filed on **August 10, 2010.**

THE COURT has considered the motions, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the motions are DENIED in part. The bankruptcy court reference is withdrawn in part as to the trial of those legal and factual issues that remain pending upon the transfer of the adversary proceeding to this court for jury trial. The bankruptcy court reference is affirmed in all other respects, including the bankruptcy court having the authority to conduct and rule upon all pre-trial matters, including as necessary any case dispositive motions. If and when this adversary proceeding becomes ready for trial, the bankruptcy court shall so notify this Court and transfer the proceeding to this court for jury trial. Accordingly, it is also

ADJUDGED that this case shall be closed and placed in a civil suspense file.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of August, 2010.

                                                  FEDERICO A. MORENO
                                              CHIEF UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of Record